# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**SARAH BERRY**                                                                      **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO. 3:06CV698WA**

**MISSISSIPPI STATE DEPARTMENT
OF HEALTH and THE OFFICE OF
THE ATTORNEY GENERAL OF
MISSISSIPPI**                                                                      **DEFENDANTS**

## ORDER

This matter came before the court on a Motion to Seal the Complaint and a Motion to Strike, or, in the Alternative, to Conceal the Identity of Non-parties that was filed by the Defendants in this matter. The court has taken the Motions under advisement and intends to conduct a hearing to determine whether this relief should be granted. In the meantime, however, the Plaintiff has responded to the Motion to Seal by a pleading to which the original, unredacted Complaint, which has not previously been made a part of the electronic docket of this court, was attached.

IT IS, THEREFORE, ORDERED that the Clerk of the Court remove the unredacted Complaint, which is attached as an Exhibit to the Response to Motion to Seal the Complaint that was filed on this date, from the court's electronic docket.

IT IS SO ORDERED, this the 27th day of December, 2006.

                                                        S/Linda R. Anderson
                                                  UNITED STATES MAGISTRATE JUDGE