**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**SARAH BERRY**                                                                             **PLAINTIFF**

**VS.**                                     **CIVIL ACTION NO. 3:06CV698WA**

**MISSISSIPPI STATE DEPARTMENT
OF HEALTH and THE OFFICE OF
THE ATTORNEY GENERAL OF
MISSISSIPPI**                                                       **DEFENDANTS**

## ORDER

This matter came on for hearing on the Motion to Seal and Motion to Strike filed by the Defendants in this matter. At that hearing, the parties notified the court that they had resolved the issues raised in those Motions by an agreement to substitute a Complaint for filing on the court's electronic docket, in which the non-parties to the action would be identified only by their initials. The court is of the opinion that this agreement addresses the court's concern over privacy interests that may be impacted through the availability of pleadings that are electronically filed and, as the parties are in agreement on this issue, their agreement should be adopted as the court's Order. Counsel for the Defendant has provided a copy of the edited Complaint, and this Complaint will be provided to the Clerk of the Court for filing. The court further finds that the original Complaint that was filed in state court and made part of this court's document file upon removal should be sealed.

At the hearing, the Defendants requested additional time within which to answer the Amended Complaint, to which the Plaintiff had no objection. The court finds that the Motion should be granted, and the Defendants will be granted additional time to answer the Amended Complaint.

IT IS, THEREFORE, ORDERED that the Clerk of the Court file the edited Complaint, as it was received from counsel for the Defendants and provided to the Clerk, as the original Complaint

in this matter, to be made a part of the court's electronic case file.  The court further orders that the original Complaint, as it was removed to this court, be sealed and made available only to the parties or their counsel.

    IT IS FINALLY ORDERED that the Defendants have until January 29, 2007, in which to answer the Amended Complaint in this action.

    IT IS SO ORDERED, this the 4th day of January, 2007.



                                        S/Linda R. Anderson
                                    UNITED STATES MAGISTRATE JUDGE